UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRANDON DANIEL, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CIVIL NO. A-17-CV-1069-LY |
| | § | |
| LORIE DAVIS, DIRECTOR, | § | * DEATH PENALTY CASE * |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| | § | |
| RESPONDENT. | § | |

## ORDER

Before the court is Respondent Lorie Davis's Unopposed Motion for Extension of the Page Limit (Doc. #39). The court originally imposed a page limit of 170 pages in these *habeas corpus* proceedings after extending the original page limit by 20 pages at the request of the parties (Doc. #8). Respondent now seeks permission to exceed this page limitation by another 55 pages, and has filed an Answer to Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. # 40) totaling 225 pages in length. Petitioner does not oppose this request.

Given the complexity of the issues raised in Petitioner's 220-page Amended Petition, the court considers Respondent's request reasonable.

It is therefore **ORDERED** that the Unopposed Motion for Extension of the Page Limit (Doc. #39) filed by Respondent is **GRANTED**.

SIGNED this the 26th day of November, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE