UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

20 JAN 15  AM 11: 31

| | | |
|---|---|---|
| BRANDON DANIEL, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CIVIL NO. A-17-CV-1069-LY |
| | § | |
| LORIE DAVIS, DIRECTOR, | § | * DEATH PENALTY CASE * |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| | § | |
| RESPONDENT. | § | |

## ORDER

Before the court is Petitioner Brandon Daniel's Unopposed Motion for Extension of Time (Doc. #42) seeking to extend the deadline for filing a reply brief in support of his amended petition for writ of habeas corpus (Doc. #18). Petitioner requests an additional 90 days, up to and including Thursday, April 23, 2020, to file a reply. The court considers this request reasonable.

It is therefore **ORDERED** that the Unopposed Motion for Extension of Time (Doc. #42) filed by Petitioner is **GRANTED**. Petitioner shall file his reply brief in support of his amended petition for writ of habeas corpus on or before **April 23, 2020**.

**SIGNED** this the _15th_ day of January, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE